# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WESTERN SLOPE LABORATORY LLC,

    Plaintiff,

v

VIET DOC NGUYEN, HALWES LLC
d/b/a LOGIX DIAGNOSTIC
LABS, MD LABS, LLC, d/b/a LOGIX
DIAGNOSTICS, TOTAL PATH LAB LLC,
RECTIFIED LABORATORY, LLC,
RELIABLE LAB LLC,
SOUTHEAST TEXAS MEDICAL
VENTURES, LLC, MEDICAL
ENTERPRISES MANAGEMENT, LLC, each
a Texas limited liability company, and
BEL WES MANAGEMENT LLC, a
Pennsylvania limited liability company and
EASTERN COMMUNITY LAB, LLC,

    Defendants.

Case No. 2:19-cv-12509
Hon. Victoria A. Roberts

_____/

| DRIGGERS SHULTZ & HERBST | JAFFE RAITT HEUER & WEISS PC |
|---|---|
| Richard B. Tomlinson (P27604) | Peter M. Alter |
| Mark K. Schwartz (P48058) | Hailey R. Kimball |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 3331 W. Big Beaver Rd., Ste. 101 | 27777 Franklin Road, Suite 2500 |
| Troy, MI 48084 | Southfield, MI 48034 |
| (248) 649-6000 | (248) 351-3000 |
| (248) 649-6442 (fax) | (248) 351-3082 (Fax) |
| RTomlinson@DriggersSchultz.com | palter@jaffelaw.com |
| MSchwartz@DriggersSchultz.com | hkimball@jaffelaw.com |

**CLAIM OF LIEN**

Please be advised that Driggers, Schultz & Herbst hereby asserts its lien for costs and attorney fees in and for the above-captioned matter.

Respectfully submitted,

DRIGGERS, SCHULTZ & HERBST

By: /s/*Mark K. Schwartz*
Richard B. Tomlinson (P27604)
Mark K. Schwartz (P48058)
Attorneys for Petitioner
3331 West Big Beaver Road, Suite 101
Troy, Michigan 48084
(248) 649-6000
MSchwartz@DriggersSchultz.com
RTomlinson@DriggersSchultz.com

Dated:   September 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I caused the electronic filing of the foregoing paper with the Court using the Court's ECF system, which will send notification of such filing to all attorneys of record.

/s/*Mark K. Schwartz* (P48058)
3331 West Big Beaver Road, Suite 101
Troy, Michigan 48084
(248) 649-6000
mschwartz@driggersschultz.com